[4 NE3d 363, 981 NYS2d 353]

In the Matter of the Estate of MURIEL M. NEALON, Deceased. CHRISTOPHER J. NEALON, as Executor of MURIEL M. NEALON, Deceased, Appellant; PETER J. NEALON, Respondent, and TRACEY McGANN, Now Known as TRACEY NEALON, Respondent.

Decided January 9, 2014

APPEARANCES OF COUNSEL

*Nicholas E. Tishler*, Niskayuna, for appellant.

*Murphy, Burns, Barber & Murphy, LLP*, Albany (*Peter G. Barber* and *Catherine A. Barber* of counsel), for Tracey Nealon, respondent.

## OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and judgment absolute dismissing the petition granted upon petitioner's stipulation. The Appellate Division correctly determined that the issue whether a confidential relationship existed should have been submitted to the jury.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.